

SOUTHERN DISTRICT OF MISSISSIPPI
FILED

APR 3 0 2007

J. T. NOBLIN, CLERK
BY_____DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

United States of America   )
           )
    Vs.      )    Docket No. 4:05cr27TSL-AGN
           )
Delois Windham     )

### ORDER

---

   The Court, having been advised of an inadvertant delay in the government's ability to obtain Bureau of Prison's designation in this case, hereby grants, sua sponte, the defendant an extension until May 19, 2007. Delois Windham must report to the designated Bureau of Prison's facility before noon on May 19, 2007, to begin service of sentence.

SO ORDERED this the __27th__ day of __April__, 2007

               _____
               TOM S. LEE
               Senior United States District Judge