# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| Vs. | ) | Docket No. 4:05cr27TSL-AGN |
| | ) | |
| Delois Windham | ) | |

**ORDER**

---

The Court, having been advised of an inadvertant delay in the government's ability to obtain Bureau of Prison's designation in this case, hereby grants, sua sponte, the defendant an extension until May 18, 2007. Delois Windham must report to the designated Bureau of Prison's facility before noon on May 18, 2007, to begin service of sentence.

SO ORDERED this the 1st day of May, 2007

/S/TOM S. LEE
TOM S. LEE
Senior United States District Judge